IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEPHEN E. HOLLIS and
CHRISTY HOLLIS                                                                              PLAINTIFFS

v.                                       Case No. 3:15-cv-00005 KGB

BERTRAM D. KAPLAN, et al.                                                          DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice as to separate defendants CBLPath Holdings Corporation and CBLPath Transport, Inc. (Dkt. No. 12). Plaintiffs Stephen and Christy Hollis, with the consent of all parties of record, stipulate to the dismissal without prejudice of their claims against CBLPath Holdings Corporation and CBLPath Transport, Inc., with each of these parties to bear their own costs and fees incurred in the litigation. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court dismisses without prejudice plaintiffs' claims against CBLPath Holdings Corporation and CBLPath Transport, Inc.. Each of these parties will bear their own costs and fees incurred in the litigation. This Order does not affect or involve the plaintiffs' claims against the other named defendants in this case.

SO ORDERED this the 26th day of February, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge