IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEPHEN E. HOLLIS AND
CHRISTY HOLLIS                                                                                                PLAINTIFFS

v.                                        Case No. 3:15-cv-0005-KGB

BERTRAM D. KAPLAN, *et al.*                                                                        DEFENDANTS

## ORDER

Before the Court are two motions filed by plaintiffs Stephen E. Hollis and Christy Hollis (Dkt. Nos. 24; 25). Mr. and Mrs. Hollis have filed a motion to nonsuit Andrew Kanik, M.D.; CBLPath, Inc.; CBLPath Holdings Corporation; and CBLPath Transport, Inc. (Dkt. No. 24). For good cause shown, Mr. and Mrs. Hollis's motion to dismiss is granted (Dkt. No. 24). Mr. Kanik; CBLPath, Inc.; CBLPath Holdings Corporation; and CBLPath Transport, Inc. are dismissed without prejudice as defendants from this action.

Mr. and Mrs. Hollis have also filed a motion for extension of time to supplement expert disclosures (Dkt. No. 25). Mr. and Mrs. Hollis have disclosed Alan N. Moshell, M.D., as an expert witness and provided a copy of his signed expert report to all parties. By their motion, they request additional time to supplement Dr. Moshell's report to include his list of testimony in other cases and his fee schedule. They have also retained and disclosed Paul Harrison, M.D., as an expert witness and provided a copy of his unsigned expert report to all parties. By their motion, they request additional time to supplement Dr. Harrison's report to include a signed copy of his report, as well as his list of testimony in other cases and his fee schedule.

For good cause shown, Mr. and Mrs. Hollis's motion for an extension of time is granted. Mr. and Mrs. Hollis have up to and including March 17, 2016, to file supplemental expert disclosures for Dr. Moshell and Dr. Harrison.

So ordered this 14th day of March, 2016.

_____
Kristine G. Baker
United States District Judge