# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| STEPHEN E. HOLLIS AND<br>CHRISTY HOLLIS | | PLAINTIFFS |
| v. | Case No. 3:15-cv-0005-KGB | |
| BERTRAM D. KAPLAN, *et al.* | | DEFENDANTS |

## ORDER

The parties in this case have notified the Court that they have reached a settlement. Based on that representation, the Court removes this case from the trial docket for the week of September 19, 2016.

So ordered this 13th day of September, 2016.

_____
Kristine G. Baker
United States District Judge