IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEPHEN E. HOLLIS AND
CHRISTY HOLLIS                                                                                          PLAINTIFFS

v.                                     Case No. 3:15-cv-0005-KGB

BERTRAM D. KAPLAN, *et al.*                                                                   DEFENDANTS

## ORDER

The parties in this case have filed a joint stipulation of dismissal with prejudice (Dkt. No. 45). In accordance with the parties' joint stipulation, this case is dismissed with prejudice. All pending motions are denied as moot.

So ordered this the 7th day of October, 2016.

_____
Kristine G. Baker
United States District Judge